AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 27, 2023**

SEAN F. McAVOY, CLERK

BEATRIZ J.,

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
|  | ) |
| *Defendant* | |

Civil Action No.   1:22-CV-3137-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Plaintiff's Opening Brief, ECF No. 10, is DENIED.
Defendant the Commissioner's Brief, ECF No. 12, is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge      ROSANNA MALOUF PETERSON

Date:   11/27/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz

*(By) Deputy Clerk*

Nicole Cruz